First Department. December 3, 1909.) Action by the Featherstone Foundry Company against the New York Breweries Company. A. Benedict, for appellant. N. A. Stancliffe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FELCIN, Appellant, v. SOCIETY OF NEW YORK HOSPITAL, Respondent. (Supreme Court, Appellate Division, First. Department. November 19, 1909.) Action by John Felcin against the Society of the New York Hospital. T. J. O'Neill, for appellant. W. M. Powell, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Order filed.

FIRST NAT. BANK OF BREWSTERS v. SHERWOOD et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by the First National Bank of Brewsters against Wesley W. Sherwood and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of Thos. W. Fitzgerald. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLAGLER, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Lizzie Flagler, as administratrix, etc., against the Boston & Maine Railroad. No opinion. Motion denied.

FLYNN, Respondent, v. NEW YORK TAXI-CAB CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Anna A. Flynn against the New York Taxicab Company. J. B. Ker, for appellant. F. F. Davis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FORSCHIRM v. MERCHANTS' & TRADERS' BANK. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by F. Forschirm against the Merchants' & Traders' Bank. No opinion. Motion for stay granted. Settle order on notice.

FOX, Respondent, v. LENNON, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Frances Fox against James D. Lennon, individually, etc. J. Rowan, for appellant. F. N. Donoghue, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FRANK v. BERNARD. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Leo Frank against William Bernard. No opinion. Motion granted. Settle order on notice.

FULTON BAG & COTTON MILLS, Respondent, v. ALLISON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Fulton Bag & Cotton Mills against G. Fred Allison and another. H. J. Hemmens, for appellants. A. I. Elkus, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FUNK & WAGNALLS CO. v. OPOLINSKY. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the Funk & Wagnalls Company against Samuel Opolinsky. Judgment for plaintiff, and defendant appeals. Affirmed. John H. Regan, for appellant. Louis Sachs (Bernhard H. Levy, of counsel), for respondent.

PER CURIAM. The trial justice was right in his conclusion that the defense attempted to be made out was insufficient. The written contract which the defendant signed expressly provided that it was unconditional, except as noted therein, and was not subject to cancellation by the defendant, and could not be modified or affected by any agreement with the solicitor. It is doubtful if the defense sought to be proved would have been permissible under the terms of the contract in any event; but this point need not be determined, because the evidence did not show either a condition precedent to the taking effect of the contract, or a mutual mistake, or a mistake on the defendant's part and fraud on the part of the plaintiff, or any misrepresentation on the part of the plaintiff, through its solicitor or otherwise. The judgment should be affirmed, with costs.

GARDNER, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Bridget A. Gardner, as administratrix, etc., of Joseph P. Gardner, deceased, against the Schenectady Railway Company.

PER CURIAM. Order granting extra allowance reversed, and judgment modified, by deducting therefrom the amount of said extra allowance, and, as so modified, said judgment and order denying a new trial affirmed, with costs. See, also, 128 App. Div. 12, 112 N. Y. Supp. 369. SMITH, P. J., not voting, he having participated in the consideration of the case, under rule 10 of the rules of the department, although not present at the oral argument.

In re GARTLAND. (Supreme Court. Appellate Division, First Department. December 3, 1909.) In the matter of Sarah Gartland, deceased. No opinion. Decree (60 Misc. Rep. 31, 112 N. Y. Supp. 718) affirmed, with costs to respondents, payable out of the estate. Order filed.

GAUSMANN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme

Court, Appellate Division, Third Department. November 10, 1909.) Action by Roy W. Gausmann against the New York Central & Hudson River Railroad Company. No opinion. Judgment (63 Misc. Rep. 200, 118 N. Y. Supp. 495) unanimously affirmed, with costs.

———

GAVIN, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Thomas Gavin against the New York Contracting Company. H. Barry, for appellant. J. C. Toole, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 643, 107 N. Y. Supp. 272.

———

In re GEIB. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of Carl Geib. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

GEISER, Appellant, v. BRUST et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Charles J. Geiser against Joseph Brust and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

GENNERT v. BUTTERICK PUB. CO. OTTINGER v. BENNETT. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Actions by William O. Gennert against the Butterick Publishing Company, and by Marx Ottinger against John R. Bennett. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 133 App. Div. 86, 117 N. Y. Supp. 801.

———

GEORGE DEISS, SON & CO., Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by George Deiss, Son & Co. against Henry Hart. No opinion. Judgment affirmed, with costs.

———

GIBSON, Respondent, v. BARNUM, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Malcolm Gibson against Lawrence Barnum. No opinion. Order affirmed, with $10 costs and disbursements.

———

GIEGERICH, Respondent, v. KUHNLA, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Fred W. Giegerich against August Kuhnla. No opinion. Order affirmed on argument, with $10 costs and disbursements.

———

GODLEY v. CRANDALL & GODLEY CO. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Elizabeth M. Godley against the Crandall & Godley Company. No opinion. Motion grant-

ed, and questions certified. Order filed. See, also, 118 N. Y. Supp. 1109.

———

GODLEY v. CRANDALL & GODLEY CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Elizabeth M. Godley against the Crandall & Godley Company. No opinion. Motion granted. Settle order on notice.

———

GOFTH, Respondent, v. ADAMS EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Samuel Gofth against the Adams Express Company. No opinion. Judgment and order of the County Court of Orange county affirmed, with costs.

———

GOLDBERG, Appellant, v. EASTERN BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Jonas Goldberg against the Eastern Brewing Company. No opinion. Motion to dismiss appeal denied, without costs.

———

GOMBERT, Appellant, v. McKAY, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Margaret Gombert, as administratrix, against Pater McKay. C. La Rue, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

———

GOODMAN, Respondent, v. CASEY, Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Aaron M. Goodman against Thomas G. Casey. No opinion. Order affirmed, with $10 costs and disbursements.

———

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO et al. O'CONNOR et al. v. GRADE CROSSING COM'RS et al. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, etc. Proceedings by Michael O'Connor and others against the Grade Crossing Commissioners and another.

PER CURIAM. Order affirmed, with costs. See, also, 119 N. Y. Supp. 84.

WILLIAMS, J., dissents, upon the ground that the damages awarded are excessive.

———

GRAHAM, Appellant, v. PECKWORTH, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Francis Graham against Charles H. Peckworth. M. L. Malevinsky, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment affirmed, with costs. Order filed.